CLARE A. BENEDICT, Respondent, *v.* MILTON T. RICHARDSON, Appellant.

(Argued October 2, 1893; decided October 17, 1893.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made at the January term, 1893, which affirmed an order of Special Term granting a motion by plaintiff to suppress a deposition of a witness taken on behalf of defendant.

*Pierre C. Du Bois* for appellant.

*Thomas Raines* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.          _____